UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:23-cr-210 (1)

**Ousmane Kone**

## COURTROOM MINUTES

| | | | |
|---|---|---|---|
| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 11/15/2023 at 1:00 PM |
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Rosie Brown |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Tim Prichard |
| INTERPRETER: | | PRETRIAL/PROBATION: | Leticia Vazquez-Villa |

Detention Hearing

-Agent Petit sworn in and testified on behalf of Government
-Government exhibits 1-10 admitted
-Court found there were no conditions of release that would reasonably assure Defendant's appearance and the safety of the community
-Dft remanded